# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| JASON G. TSORIS, | ) | Case No.: 07-21579 |
| | ) | |
| Debtor. | ) | Judge: Hon. Manuel Barbosa |

## ORDER AWARDING GENERAL COUNSEL COMPENSATION AND AUTHORIZING REDUCED A ND LIMITED NOTICE

**THIS MATTER** having come before the Court on the Motion of Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC, General Counsel to the Trustee, the Court having reviewed the Motion and heard the statements of counsel, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**

1. That the Trustee is authorized to pay forthwith requested attorneys' fees in the amount of $6,345.50 and expenses in the amount of $83.02 to Thomas E. Springer as general counsel, from the estate account.

2. Reduced and limited notice and service of the Application is authorized and is found to be sufficient and reasonable pursuant to FRBP 9006 and 9007.

3. No reason exists in law or equity to delay entry and enforcement of this Order.

DATED:_____          ENTERED:

 

                                                                                 _____
                                                                                  Honorable Manuel Barbosa
                                                                                   United States Bankruptcy Judge

Prepared by:
Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000