UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TSORIS, JASON G. | ) | CASE NO. 07-21579-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT AND HEARING ON APPLICATIONS
FOR COMPENSATION**

To the Debtor, Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:      Old Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, Illinois 60134

   On: **April 16, 2009**                    Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

   Receipts                                                                      $17,012.88

   Disbursements                                                             $6,441.99

   Net Cash Available for Distribution                            $10,570.89

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $2,451.29 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $6,345.50 | $0.00 | $0.00 |
| ALAN D. LASKO, Accountant for Trustee | $0.00 | $1,492.10 | $14.60 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7.      Claims of general unsecured creditors totaling $30,048.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 22.01% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | REINHART FOOD SERVICE LLC | $613.72 | $135.06 |
| 4 | JUDGE & DOLPH | $0.00 | $0.00 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $23,447.83 | $5,160.24 |
| 14 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $5,987.09 | $1,317.60 |

8.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.   If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.


Dated:  **March 20, 2009**                    For the Court,


By:    **KENNETH S. GARDNER**
                    Kenneth S. Gardner
                    Clerk of the U.S. Bankruptcy Court
                    219 S. Dearborn Street; 7th Floor
                    Chicago, IL 60604


Trustee:        Thomas E. Springer
Address:        400 S. County Farm Road
                    Suite 330
                    Wheaton, IL  60187
Phone No.:    (630) 510-0000

# CERTIFICATE OF NOTICE

The following entities were served by first class mail on Mar 22, 2009.
```
db            +Jason G. Tsoris,   413 Ridgelawn Trail,   Batavia, IL 60510-8682
11755117      +ASCAP,   2675 Paces Ferry Road,   Suite 350,   Atlanta, GA 30339-4087
11755118      +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11755119      +AT&T Global Services,   P.O. Box 8102,   Aurora, IL 60507-8102
11755114       Alarm Detections Systems,   111 Church Road,   Aurora, IL 60505
11755115      +Alpha Baking Co.,   36320 Treasury Center,   Chicago, IL 60694-6300
11755116      +Ameritech Credit Corporation,   2000 W. Ameritech Center Drive,   Schaumburg, IL 60196-0001
11755120      +Aurora Ice Machines,   8704 W. 98th Place,   Palos Hills, IL 60465-1138
11755121      +Aurora Tri-State,   1080 Corporate Blvd,   Aurora, IL 60502-9178
11755126      +BMI,   10 Music Square East,   Nashville, TN 37203-4321
11755122       Babcock Refrigeration,   1703 Deer Run Drive,   Oswego, IL 60543
11755124       Bank of America,   Nc4-105-03-14,   4161 Peidmont Pwy,   Greensboro, NC 27420
11755123      +Bank of America,   P.O. Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
11755125      +Bank of Montgomery,   1333 Douglas Road,   Montgomery, IL 60538-1692
11755127      +Boelter,   P.O. Box 1451,   Milwaukee, WI 53201-1451
11755128       Brides.Com,   P.O. Box 5350,   New York, NY 10087-5350
11755129      +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
11755131      +Carla Tsoris,   413 Ridgelawn Trail,   Batavia, IL 60510-8682
11755130      +Carla Tsoris,   433 Ridgelawn Trail,   Batavia, IL 60510-8682
11755132      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11755133      +Chase - Cc,   P.O. Box 100019,   Kennesaw, GA 30156-9205
11755134       Chicago Restaurant Guide,   954 W. Willow Street,   Chicago, IL 60614-5065
11755135      +Chicago Style Weddings,   1008 Bonaventure Drive,   Elk Grove Village, IL 60007-3277
11755136       Citi Mortgage Inc,   Po Box 79022,   Ms322,   St. Louis, MO 63179
12007440      +CitiMortgage Inc,   Pob 9481,   Gaithersburg MD 20898-9481
11755138      +Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11755140      +Citibank NA,   Attn: Bankruptcy Dept,   Po Box 20487,   Kansas City, MO 64195-0487
11755143       Darling International,   P.O. Box 552210,   Detroit, MI 48255-2210
11755144      +Dessert Gourmet,   P.O. Box 0709,   Libertyville, IL 60048-0709
11755146      +Diane Cole,   521 Cumnor,   Westmont, IL 60559-6311
11755145      +Diane Cole,   521 Cumnor Road,   Westmont, IL 60559-6311
11755154      +Ecolab,   P.O. Box 70343,   Chicago, IL 60673-0001
11755155       Ecolab Pest Elimination,   P.O. Box 6007,   Grand Forks, ND 58206-6007
11755156      +Expo/cbsd,   P.O. Box 6003,   Hagerstown, MD 21747-6003
11755157      +First Equity,   P.O. Box 84075,   Columbus, GA 31908-4075
11755158      +Fox Metro,   P.O. Box 109,   Montgomery, IL 60538-0109
11755160      +Heritage Wine Cellars,   6600 W. Howard Street,   Niles, IL 60714-3306
11755161      +Home Pages,   915 E. Lincoln Hwy,   Dekalb, IL 60115-3941
11755162      +JD Restaurant LLC,   c/o Paul G. Hall,   310 N. Clinton Street, Suite G,   Chicago, IL 60661-1118
11755170      +John's Cleaning,   P.O. Box 798,   Oswego, IL 60543-0798
11755171       Judge & Dolph,   P.O. Box 809180,   Chicago, IL 60680-9180
11755172       Lenz,   P.O. Box 5188,   Naperville, IL 60567-5188
11755174      +MT Foods,   400 N. Noble,   Chicago, IL 60642-6697
11755173      +Mcydsnb,   911l Duke Blvd,   Mason, OH 45040-8999
11755175      +New City Meat,   2600 Church Road,   Aurora, IL 60502-8732
11755176      +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
11755177      +Old Mill Group,   115 W. Orchard Street,   Itasca, IL 60143-1700
11755178      +Party Central,   66 Stratford Drive,   Bloomingdale, IL 60108-2201
11755179      +Passina Tree Service,   45W520 Jeter Road,   Big Rock, IL 60511-9743
11755180      +Pasta Factory,   11225 W. Grand Avenue,   Melrose Park, IL 60164-1036
11755181      +Patrick Stiles - Landscaping,   7 Fieldcrest Drive,   Montgomery, IL 60538-2717
11755184      +RH Donnelly,   8519 Innovation Way,   Chicago, IL 60682-0085
11755182      +Radio Shack/cbusa,   Citicards Private Label Bankruptcy,   P.O. Box 20363,
               Kansas City, MO 64195-0363
11804835      +Reinhart Food Service LLC,   c/o Kohner, Mann & Kailas,   Washington Bldg,
               4650 N Port Washington Rd,   Milwaukee WI 53212-1077
11755183       Reinhart Foodservice,   P.O. Box 395,   Oak Creek, WI 53154-0395
11755185      +Sky's The Limit,   1929 N 1800 East Road,   Watseka, IL 60970-8813
11755186      +Society Insurance,   150 Camelot Drive,   Fond Du Lac, WI 54935-8030
11755187      +Southern Wine & Spirits,   2971 Payspbere,   Chicago, IL 60674-0029
11755189      +Stanley Cole,   521 Cumnor,   Westmont, IL 60559-6311
11755188      +Stanley Cole,   521 Cumnor Road,   Westmont, IL 60559-6311
11755190       Subruban Chicago News,   3101 Rte 30,   Plainfield, IL 60544
11755191      +Superior Knife,   8120 N Central Park Avenue,   Skokie, IL 60076-2907
11755192      +Supreme Lobster,   220 E. North Avenue,   Villa Park, IL 60181-1207
11755193      +Sysco Foods,   250 Wieboldt Drive,   Des Plaines, IL 60016-3192
11755194      +Timothy Lechowski,   330 N. Jefferson,   Apt. 2007,   Chicago, IL 60661-1216
11755195      +Turano Bread,   6501 W. Roosevelt Rd,   Berwyn, IL 60402-1100
11755196      +U.S. Foods,   P.O. Box 98420,   Chicago, IL 60693-0001
11755197      +Union Beverage Company,   2600 W. 35th Street,   Chicago, IL 60632-1602
11755198      +United Septic & Grease,   1327 W. Beecher Rd,   Bristol, IL 60512-9740
11755199      +Valley Elevator,   291 Euclid Avenue,   Aurora, IL 60505-5122
11755200      +Valley Linen Supply,   562 S. River Street,   Aurora, IL 60506-5599
11755201      +Village of Montgomery,   1300 S. Broadway,   Montgomery, IL 60538-1620
11755202      +Weblinx Incorporated,   68 Main Street,   Suite 2,   Oswego, IL 60543-9863
```

The following entities were served by electronic transmission on Mar 20, 2009.
```
12245186      +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11755159      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:11:36     Gemb/abt Tv,   P.O. Box 981439,
               El Paso, TX 79998-1439
```

```
District/off: 0752-1          User: amcc7           Page 2 of 2            Date Rcvd: Mar 20, 2009
Case: 07-21579               Form ID: pdf002        Total Served: 77

The following entities were served by electronic transmission (continued)
12157932      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11794838      E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2009 00:12:55
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                         TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11755137*     Citi Mortgage Inc,    Po Box 79022,   Ms322,   St. Louis, MO 63179
11755139*    +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
11755141*    +Citibank Na,    Attn: Bankruptcy Dept,    Po Box 20487,    Kansas City, MO 64195-0487
11755142*    +Citibank Na,    Attn: Bankruptcy Dept,    Po Box 20487,    Kansas City, MO 64195-0487
11755147*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755148*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755149*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755150*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755151*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755152*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755153*    +Diane Cole,    521 Cumnor,    Westmont, IL 60559-6311
11755163*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755164*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755165*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755166*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755167*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755168*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
11755169*    +JD Restaurant LLC,    c/o Paul G. Hall,    310 N. Clinton Street, Suite G,    Chicago, IL 60661-1118
                                                                                   TOTALS: 0, * 18

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                    **Signature:**    *Joseph Speetjens*