UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TSORIS, JASON G. | ) | CASE NO. 07-21579-MB |
| | ) | |
| Debtor(s). | ) | Hon. Manuel Barbosa |

## FINAL DISTRIBUTION REPORT

    I, THOMAS E. SPRINGER, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,957.99 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,613.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $10,571.25 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 10,386.51 | ***.***** |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | THOMAS E. SPRINGER, TRUSTEE, Trustee Fees | $2,451.29 | $2,451.29 |
| | THOMAS E. SPRINGER, Attorney for Trustee Fees | $6,345.50* | $0.00 |
| | THOMAS E. SPRINGER, Attorney for Trustee Fees | $83.02* | $0.00 |
| | ALAN D. LASKO, Accountant for Trustee Fees | $1,492.10 | $1,492.10 |
| | ALAN D. LASKO, Accountant for Trustee Fees | $14.60 | $14.60 |

**\*Attorney for the Trustee fees and expenses were approved on February 19, 2009 and said fees and expenses have been paid.**

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligation claims | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 30,048.64 | 22.00852 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | REINHART FOOD SERVICE LLC, General Unsecured 726(a)(2) | $613.72 | $135.07 |
| 000004 | JUDGE & DOLPH, General Unsecured 726(a)(2) | $0.00 | $0.00 |
| 000013 | FIA CARD SERVICES, N.A./BANK OF AME, General Unsecured 726(a)(2) | $23,447.83 | $5,160.52 |
| 000014 | FIA CARD SERVICES, N.A./BANK OF AME, General Unsecured 726(a)(2) | $5,987.09 | $1,317.67 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000002 | Bank of Montgomery<br>1333 Douglas Road<br>Montgomery, IL 60543 | 154,348.87 | Disallowed pursuant to order entered 12/04/08 |
| U | 000003 | New City Meat<br>2600 Church Road<br>Aurora, IL 60502 | 1,170.52 | Disallowed pursuant to order entered 12/18/08 |
| S | 000005 | CitiMortgage Inc<br>P.O. Box 9481<br>Gaithersburg MD 20898 | 180,519.99 | Disallowed pursuant to order entered 12/04/08 |
| S | 000006 | CitiMortgage Inc<br>P.O. Box 9481<br>Gaithersburg MD 20898 | 268,902.76 | Disallowed pursuant to order entered 12/04/08 |
| U | 000007 | MT Foods<br>400 N. Noble<br>Chicago, IL 60622 | 14,805.17 | Disallowed pursuant to order entered 12/18/08 |
| U | 000008 | Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673 | 1,216.24 | Disallowed pursuant to order entered 12/18/08 |
| U | 000009 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 2,740.67 | Disallowed pursuant to order entered 12/18/08 |
| U | 000010 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 14,303.57 | Disallowed pursuant to order entered 12/18/08 |
| U | 000011 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 3,611.80 | Disallowed pursuant to order entered 12/18/08 |
| U | 000012 | John"s Cleaning<br>P.O. Box 798<br>Oswego, IL 60543 | 1,000.19 | Disallowed pursuant to order entered 12/18/08 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: April 21, 2009                    /s/ Thomas E. Springer /s/
                                         THOMAS E. SPRINGER, TRUSTEE